AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
John Clarence Wilkerson IV

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00304
Assigned To : Harvey, G. Michael
Assign. Date : 3/12/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Clarence Wilkerson IV,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 03/12/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.12 18:19:42 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/12/2021, and the person was arrested on *(date)* 4/6/2021
at *(city and state)* Edgewood, Maryland.

Date: 4/7/2021

*Arresting officer's signature*

Special Agent Hunter Locke
*Printed name and title*