### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,      ) | |
| )  | |
| v.                             ) | Case No. 21-CR-00302-CRC |
| ) | |
| John Clarence Wilkerson IV,    ) | |
| ) | |
| Defendant.                 ) | |
| ) | |
| _____) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Booth M. Ripke, Nathans & Biddle, LLP, as counsel of record for the Defendant, John Clarence Wilkerson IV, in the above captioned case.

Respectfully Submitted,

/s/
_____
Booth M. Ripke
Bar # 468504
Nathans & Biddle, LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
410-783-0272
bripke@nathanslaw.com

## CERTIFICATE OF SERVICE

I hereby certified that on this 4th day of May, 2021, a copy of this Entry of Appearance was served on the Office of the United States Attorney for the District of Columbia, by e-filing through the Court's CM/ECF electronic document filing system.

/s/
_____
Booth M. Ripke