IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) Case No. 21-cr-00302-CRC |
| | ) |
| John Clarence Wilkerson IV, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**RULE 10 WAIVER OF ARRAIGNMENT
AND ENTRY OF NOT GUILTY PLEA**

Now comes John Clarence Wilkerson IV, by and through counsel, Booth M. Ripke, Nathans & Biddle, LLP, and pursuant to Fed. R. Crim. Pro. 10(b) states as follows:

1. As counsel for Mr. Wilkerson, I hereby confirm that Mr. Wilkerson understands that he has been charged by misdemeanor Information in the above captioned matter.

2. As reflected by his signature below, Mr. Wilkerson hereby waives his appearance and affirms that he has received a copy of the Information in this case.

3. As reflected by his signature below, Mr. Wilkerson hereby enters a plea of not guilty to all charges in the Information.

_____          5/10/21
John Clarence Wilkerson IV                Date

Wherefore, Mr. Wilkerson respectfully requests that the Court accept this waiver of his arraignment and he requests that the Court cancel the currently scheduled arraignment hearing in the above captioned case.

Respectfully Submitted,

/s/
_____
Booth M. Ripke
Bar # 468504
Nathans & Biddle, LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
410-783-0272
bripke@nathanslaw.com

## CERTIFICATE OF SERVICE

I hereby certified that on this 10th day of May, 2021, a copy of this Rule 10 Waiver of Arraignment was served on AUSA Robert Juman, detailee to the Office of the United States Attorney for the District of Columbia, by e-filing through the Court's CM/ECF electronic document filing system.

/s/
_____
Booth M. Ripke