# EXHIBIT 1

To: The Honorable Christopher R Cooper
U.S. District Court for the District of Columbia
333 Constitution Avenue
Washington, D.C. 20001

Dear Judge Cooper,                                                                                          Nov 7, 2021

Even though the circumstances surrounding the reason for this communication are less than desirable, I am proud to say that I am the father of John C Wilkerson IV. I have worked in various aspects of the field of Optical Manufacturing since 1981 and still do. I am originally from Oklahoma however in this career, I have travelled extensively, and it has required me to relocate my residence a couple of times. In 2013 my wife and I moved away from MD.

Since he is the fourth, to distinguish which "John" was being referred to in conversations, we gave our son the nick name of "Jace". He was raised in a Christian home by his mother and me, (we are still married and living together), and he is the youngest of our 5 children. He has many friends and has always been very friendly, outgoing and has never met a stranger.

After his first year in public school, he was put in a gifted class, where the students were given challenging projects and not required to remain at their desks but rather stand and move around to workstations and work together, which was a positive method of learning for him. This led his mother and I to the decision to homeschool him and his sister who is just over 1 year his senior. Homeschooling provided the flexibility for him to engage in other rewarding activities upon completion of his assignments.

He developed strong work ethics and learned the importance of working to earn an income as a young boy. At 10 years old he was mowing, trimming, and detailing 11 yards weekly to earn his own money. He has always been very mechanically inclined and performed his own maintenance and repair on his equipment.

He also developed a passion for driving and racing at a young age. At 10 years of age, he bought a used racing cart and won his 1st race against experienced drivers. Racing provided an incentive for getting his schoolwork completed and taught him valuable lessons about money and time management, the importance of preparations and provided an avenue for rewarding him for good behavior. He purchased an enclosed race car trailer and many tools with his mowing money and learned to build engines through this experience which advanced to Micro-Sprint car racing in his teen age years. Racing also provided many hours of "father & son" time together, in the shop and while driving to various tracks around multiple cities and states, where we had conversations about every subject imaginable. The time we shared together, and the memories created was worth all the hours, blood, sweat, tears and costs and provided some of the best times of my life.

Jace has a strong loyalty to his family, friends and his beliefs. There was always somebody's car in our driveway, and he helped all his friends with repairs, maintenance and modifications without charging them. If he didn't know how to do something he would search until he obtained the knowledge. He did auto repairs for neighbor's vehicles and other equipment as well. He won first place in bible verse memorization in the youth group.

During his senior year of high school, he also attended Harford Community College and studied CAD & engineering classes but after a year he decided that he would rather go to work. He worked for a lawn maintenance company and then became an installer of epoxy and resin coatings for a local contractor. He was quickly promoted to crew foreman and after a year was recruited by the contracting company to go to work for them as a field engineer, where he was promoted multiple times over nearly a decade of employment with them. He now owns his own installation contracting business and does epoxy and resin coating installations for the company that he was previously employed by.

He obtained a loan on his own and purchased a nice used 2-bedroom boat, which he has been living on in the Chesapeake Bay for the past few years and he holds the position of Fleet Captain of the Yacht Club where his boat is docked.

His employers and friends will verify that he is compassionate, honest, trustworthy dependable and a hard-working team player. He is very likeable and can communicate with people at all levels.

Jace is a very good man. He is not perfect and has learned from mistakes along the way, just like all of us do.

Thank you for the opportunity to share this information with you and for your time in reviewing it.

Sincerely,

John C "JC" Wilkerson III